IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION, | MDL No.: 2782 |
| This Document Relates To: | Master Docket Case No.: 1:17-md-02782-RWS |
| Scott v. Johnson & Johnson et al. Case No.: 1:17-cv-02528-RWS | Honorable Richard W. Story |

## MOTION TO WITHDRAW AS COUNSEL

Andrew S. Golub, pursuant to Local Rule 83.1B, now files this Motion to Withdraw as Counsel for Sharon Scott ("Plaintiff") and to be removed from the Notification of Electronic Filing List in the above styled matter.  In support, Mr. Golub states that he was engaged as local counsel for Ms. Scott to facilitate the suit's filing in the U.S. District Court for the Southern District of Texas.  Following the suit's filing, it was transferred to this Court as part of a multi-district litigation proceeding.  Plaintiff will continue to be represented by W. Todd Harvey, Peter H. Burke, and Amanda H. Schafner.

Accordingly, Mr. Golub respectfully requests that the Court enter the attached Order permitting his withdrawal as counsel for Ms. Scott in this proceeding.

Respectfully submitted,

By:   /s/ Andrew S. Gloub

Andrew S .Golub
Dow Golub Remels & Gilbreath, PLLC
2700 Post Oak Blvd, Suite 1750
Houston, TX 77056
713-526-3700

                                      713-526-3750 fax
                                      asgolub@dowgolub.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Motion to Withdraw has been forwarded to all counsel of record via electronic filing pursuant to Federal Rules of Procedures on this the 15th day of August, 2017.

                                        /s/ Andrew S. Golub
                                        Andrew S. Golub